DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KIMBERLY KERNWEIS,**
Appellant,

v.

**JEFFREY SKIPPER,**
Appellee.

No. 4D22-1362

[March 30, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni Bryson, Judge; L.T. Case No. 50-2021-SC-021754-XXXX-SB.

Kimberly Kernweis, Boca Raton, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***